**Travis Mandell KEMP, Plaintiff–
Appellant,**

v.

**Paul C. DRAGO; Cecilia Reynolds; Je-
anna Mckay; Jerry Washington; In-
vestigator Robertson; Darren Seward;
Daniel Debose; Tonya Huntley;
Wyane Thompson; Derrick Mungo;
Allah Brown; Lester Small; Joseph
Stinnet; Pamela Hough; Ann Set-
tlers; Luanne M. Mungo; Linda M.
Coley; Linda K. Lackey; Doris A.
Cooke, Defendants–Appellees.**

No. 13–7647.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2014.

Decided: March 5, 2014.

Travis Mandell Kemp, Appellant Pro Se.
James E. Parham, Jr., Irmo, South Car-
olina; William Henry Davidson, II, David
Allen DeMasters, Joel Steve Hughes,
Davidson & Lindemann, PA, Columbia,
South Carolina, for Appellees.

Before NIEMEYER, MOTZ, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Travis Mandell Kemp appeals the dis-
trict court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2006) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Kemp v. Drago*, No.
1:12–cv–01481–JFA, 2013 WL 4874972
(D.S.C. Sept. 11, 2013). We deny Kemp's
motion for default judgment and dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED.*